# United States Court of Appeals for the Fifth Circuit

—————————

No. 22-11183
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2023

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Jose Miguel Quintero-Zavala,

Defendant—Appellant.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CR-26-2

———————————————————————

Before Wiener, Stewart, and Douglas, Circuit Judges.

Per Curiam:*

The Federal Public Defender appointed to represent Jose Miguel Quintero-Zavala has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Quintero-Zavala has not filed a

—————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11183

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Counsel's motion for leave to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.